AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| UNIQUE LOGISTICS INTERNATIONAL (NYC), LLC,<br><br>*Plaintiff(s)*<br>v.<br>BAREND OBERHOLZER<br>a/k/a BARRY OBERHOLZER,<br>and MARCELL FRANCOIS OBERHOLZER,<br><br>*Defendant(s)* | Civil Action No.  22-CV-2313 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
Barend Oberholzer aka Barry Oberholzer  
7900 Balboa Avenue  
The Park at VNY  
Van Nuys Airport, Delta Gate (H1)  
California 91404  

Marcell Francois Oberholzer  
7900 Balboa Avenue  
The Park at VNY  
Van Nuys Airport, Delta Gate (H1)  
California 91404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  
Ross & Asmar LLC  
499 Seventh Avenue  
23rd Floor South Tower  
New York, NY 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney  
*CLERK OF COURT*

Date: 4/25/2022



/s/Priscilla Bowens  
*Signature of Clerk or Deputy Clerk*