

Howard Steel
Partner
+1 212 459-7412
HSteel@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

goodwinlaw.com
+1 212 813 8800

August 25, 2022

Re: Unique Logistics International (NYC), LLC v. Oberholzer et al.
Docket No.: 1:22-cv-02313-CBA-TAM

Dear Judge Amon:

Pursuant to Rule 3(D)(ii) of Your Honor's Individual Motion Practices and Rules, enclosed please find a full set of courtesy copies of the motion papers, which have been electronically filed in the above-referenced matter, including:

1. Defendants' Moving Papers:
    a. Notice of Motion;
    b. Memorandum of Law in support of Motion to Dismiss;
    c. Declaration of Howard Steel in support of Motion to Dismiss; and
    d. Exhibits A-F annexed to the Steel Declaration:
        i. Exhibit A Non-Exclusive Charter Service Agreement Form
        ii. Exhibit B Plaintiff's Request and Demand for Arbitration
        iii. Exhibit C Jet LLC's Answer to Arbitration Request
        iv. Exhibit D Plaintiff's Reply to Counterclaim
        v. Exhibit E Plaintiff's Amended Request and Demand for Arbitration
        vi. Exhibit F Terms of Reference

2. Plaintiff's Opposition Papers:
    a. Plaintiff's Memorandum of Law in Opposition to the Motion to Dismiss;
    b. Declaration of Sunandan Ray in opposition to the Motion to Dismiss;
    c. Declaration of Steven Ross in opposition to the Motion to Dismiss;
    d. Declaration of Marc Schlossberg in opposition to the Motion to Dismiss; and
    e. Exhibits A-T in support of the above-mentioned declarations:
        i. Exhibit A Filed Complaint
        ii. Exhibit B 11.26.21 B Oberholzer Email to Unique w draft CSA
        iii. Exhibit C Proposed CSA annexed to 11.26  BO email
        iv. Exhibit D 11.26.21 B Oberholzer email with Invoice
        v. Exhibit E JETT Invoice Sent 11.26.21
        vi. Exhibit F CSA Executed by M Oberholzer
        vii. Exhibit G Unique v JETT Request for Arbitration ICC
        viii. Exhibit H Respondent's Answer ICC 26807PDP
        ix. Exhibit I ICC 26807 Draft TOR SR proposed edits 4.6.22
        x. Exhibit J Ross Email
        xi. Exhibit K Niel Joubert April 13, 2022 Email
        xii. Exhibit L Astral Aviation Website _ Fraud Alert
        xiii. Exhibit M Astral fraud alert on LinkedIn



Re: Unique Logistics International (NYC), LLC v. Oberholzer et al.
Docket No.: 1:22-cv-02313-CBA-TAM
Page 2

      xiv. Exhibit N Twitter Astral fraud alert
      xv. Exhibit O Claimant Unique Amended ICC Arb Demand
      xvi. Exhibit P  Respondent's Answer to Additional Claims ICC 26807PDP
      xvii. Exhibit Q Oberholzer Federal Indictment-21CR475-Copy
      xviii. Exhibit R CSA NOV 23 2021
      xix. Exhibit S Invoice #1 Nov 23
      xx. Exhibit T JFK Email Dec 8 - Jul 31 2022 - 5-07 PM

3. Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss

Respectfully submitted,

/s/ Howard S. Steel

Howard S. Steel

*Counsel For Defendants Barend Oberholzer and Marcell Oberholzer*

cc:

Steven B. Ross
Ross & Asmar LLC
270 Madison Avenue, Suite 1203
New York, NY 10016
steven@rossasmar.com

*Counsel for Plaintiff Unique Logistics International (NYC), LLC*

Via Electronic Mail and First-Class Mail Cover Letter Only

U.S. Magistrate Judge Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers 317 North
Brooklyn, New York

Via First-Class Mail Cover Letter Only